**Order entered January 24, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00707-CR

**JOHN DAVID SHOCKLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-51734-T**

## ORDER

The Court **REINSTATES** the appeal.

On December 18, 2012, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On January 18, 2013, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the December 18, 2012 order requiring findings.

We **GRANT** the January 18, 2013 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/     DAVID W. EVANS
        JUSTICE